UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. 16-486 |
| ) | |
| v. ) | (Related to Cr. No. 08-170) |
| ) | |
| MARY BETH KLORCZYK, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| TOOLS PLUS, ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

## FINAL ORDER OF GARNISHMENT

An Application for Writ of Continuing Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, in the form of non-exempt earnings.

The Defendant was served with a copy of the Writ of Continuing Garnishment and notified of the right to a hearing. The Defendant has not requested a hearing to determine exempt property.

Whereupon the Court, having considered the Application for a Writ of Continuing Garnishment against the non-exempt earnings of the Defendant, the Answer of the Garnishee, and noting that the Defendant has not exercised the right to request a hearing, now finds that the entry of the Final Order of Garnishment is in all respects proper.

IT IS ORDERED that all monies previously withheld by the Garnishee in accordance with the Writ of Garnishment shall be paid immediately.

IT IS FURTHER ORDERED that until Garnishee no longer has in its possession or under its control personal property belonging to and due Defendant or until further order of this Court, Garnishee shall pay, at least monthly, twenty-five percent (25%) of Defendant's disposable earnings. To calculate disposable earnings, subtract the following from wages, commissions, and income:

1. Federal Income Tax;
2. Federal Social Security Tax;
3. State Income Tax;
4. City or Local Income Tax (if any).

IT IS FURTHER ORDERED that this sum is to be applied upon the judgment entered in this case on August 11, 2008. The present balance due and owing as of August 11, 2016, is $743,875.25. Checks should include Cr. No. 08-170 in the lower left corner and be made payable to the U.S. Clerk of Court and mailed to:

> U.S. Clerk of Court
> 700 Grant Street, Suite 3110
> Pittsburgh, PA  15219
> ATTN:  Finance

This __15th__ day of __August__, 2016.

_Cathy Bissoon_
UNITED STATES DISTRICT JUDGE